IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SEAN CARTER BRADLEY,

        **Plaintiff,**

  v.                  CASE NO. 23-3108-JWL

(FNU) HILL, ET AL.,

        **Defendants.**

## MEMORANDUM AND ORDER

  Plaintiff Sean Carter Bradley initiated this matter by filing a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 1.) Plaintiff proceeds in forma pauperis. The initial complaint he filed was missing pages 2 and 3. *Id.* On May 1, 2023, the Court received a second "complaint" from Plaintiff, but this was missing pages 4 and 5. (Doc. 3.) The same day, the Court also received an "amended complaint" from Plaintiff, but the amended complaint was also missing pages. (Doc. 4.)

  At this point, the Court does not have before it a complete and proper complaint on the court-required forms. Local Rule 9.1 requires that "civil rights complaints by prisoners under 42 U.S.C. § 1983 . . . must be on forms approved by the court." While portions of the pleadings Plaintiff has submitted thus far are on forms, the Court does not have a single, complete complaint filed on the court-approved form, as is required. Plaintiff is therefore ordered to submit a second amended complaint, on the court-approved form, that includes all pages and all exhibits, on or before June 2, 2023. If Plaintiff fails to do so, this matter may be dismissed without further prior notice to Plaintiff for failure to comply with a court order.

  **IT IS THEREFORE ORDERED** that Plaintiff is granted to and including **June 2, 2023**, to submit a complete second amended complaint, on the court-approved form, that includes all pages and all

exhibits. The failure to do so may result in this matter being dismissed without further prior notice to Plaintiff. The clerk is directed to send § 1983 forms and instructions to Plaintiff.

**IT IS SO ORDERED.**

DATED:   This 2nd day of May, 2023, at Kansas City, Kansas.


                            S/ John W. Lungstrum
                            JOHN W. LUNGSTRUM
                            United States District Judge